THE PEOPLE OF THE STATE OF NEW YORK, APPELLANT, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, RESPONDENT.

SAME, APPELLANT, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, RESPONDENT.

*Mandamus — proper mode of dismissal of application for, upon the failure of the people to prosecute.*

APPEALS from orders made at Special Term, requiring the attorney-general to proceed with an application for peremptory writs of *mandamus* and setting the causes down for hearing.

Upon a previous appeal to the General Term, orders made at the Special Term quashing and dismissing petitions for a *mandamus* had been reversed. (28 Hun, 543.)

The court at General Term said : " The decision of the General Term reversing the orders of the court below, which denied the motions for *mandamus*, left those motions undisposed of in the court below. The application on the part of the respondents to have those motions disposed of by the Special Term was proper ; but when the moving parties came into court and declined to proceed with the motions, the Special Term should have denied the motions, with or without costs, in its discretion.

" There was no special proceeding pending which entitled the respondents to have the case set down for trial at the Special Term. That was done by the order of the court below. They were like ordinary motions noticed by a party who subsequently declines to proceed upon his notice, and the disposition above suggested, to wit, by denying the motion, was the proper one to relieve the respondents from any further action on the part of the people.

" The order should therefore be modified by simply denying the motions noticed at Special Term for *mandamus*, and as so modified affirmed, without costs."

*E. C. James*, for the appellant.

*William D. Shipman*, for the New York, Lake Erie and Western Railroad Company, respondent.

*Roscoe Conkling,* for the New York Central and Hudson River Railroad Company, respondent.

Opinion *Per Curiam.*

Present — DAVIS, P. J., BRADY and DANIELS, JJ.

Orders modified as directed in opinion and affirmed as modified,, without costs.